UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK J. GOSSETT,

          Petitioner,

    v.

KARIN ARNOLD,

          Respondent.

Case No. 3:25-cv-05280-RSM-TLF

ORDER

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, Petitioner's Objections, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Petitioner's petition for writ of *habeas corpus* is dismissed without prejudice as unexhausted and for failure to state a cognizable claim.

(3)    The motion to proceed *in forma pauperis* (Dkt. 1) and all other pending motions (Dkts. 1-2, 1-3, 1-4, 1-5, 1-6, 1-7) are denied as moot.

(4)    A certificate of appealability ("COA") is denied.

(5)    The Clerk shall provide a copy of this order to petitioner and to Judge Fricke.

ORDER - 1

Dated this 2nd day of September, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2